UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**FILED**

DEC - 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-20058 |
| | ) Violation: 26 U.S.C. §§5841, 5861(d) and 5871 |
| BRADLEY D. BOSSERT, | ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

In and before December 2002, in Kankakee County, and elsewhere in the Central District of Illinois, the defendant,

**BRADLEY D. BOSSERT,**

did knowingly possess a firearm, that is a Sten type 9 mm Luger caliber machinegun, having no serial number, which firearm was not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

A TRUE BILL,

s/FOREPERSON
FOREPERSON

s/Greg Harris for
RODGER A. HEATON
UNITED STATES ATTORNEY

RNC