AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## ALIAS SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

vs.

BRADLEY D. BOSSERT

Dwight, IL 60420

Case Number: 05-20058-001

FILED
JAN 25 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

YOU ARE HEREBY SUMMONED to appear before the UNITED STATES DISTRICT COURT,

201 S. Vine St. Urbana, Illinois

at
**1:30 p.m.**
on
**JANUARY 30, 2006**
before the
HONORABLE **DAVID G. BERNTHAL, U.S. MAGISTRATE JUDGE**

To answer a(n) **Indictment** charging you with a violation of Title **26**, United States Code, Section(s) **5841, 5861(d) and 5871**.

Brief description of offense:

Possession of Unregistered Machine Gun

DATE: **January 10, 2006**

s/ David G. Bernthal

DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

*05-20058 alias summons.wpd*

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:(Date) 01-20-2006

Check one box below to indicate the appropriate method of service

[X] Served personally upon the defendant at: _____
DWIGHT, IL 60420
_____

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
   Name of person with whom the summons was left: _____
_____

[ ] Returned unexecuted: _____
_____
_____
_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 01-20-2006        STEVEN D. DEATHERAGE
             Date               Name of United States Marshal

                                _____ M. PRITCHARD
                                (by) Deputy United States Marshal

Remarks:

05-20058 alias summons.wpd