E-FILED
Tuesday, 14 March, 2006  10:40:08 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   CR05-20058 |
| ) | |
| BRADLEY D. BOSSERT, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

Now comes the Defendant, Bradley D. Bossert, by their attorney, Tony L. Brasel, and in support of this Motion to Continue states as follows:

1. That this matter is currently set for trial on April 10, 2006 at 9:00 a.m.

2. That the Defendant needs additional time to investigate this matter and to prepare for trial.

3. That this Motion is made in good faith and not with the intent to delay this proceeding.

WHEREFORE, your movant prays that this Motion to Continue be granted, and that a new trial date be set.

s/Tony L. Brasel

_____
Tony L. Brasel
Attorney for Defendant
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.   CR05-20058 |
| BRADLEY D. BOSSERT, | ) | |
| Defendant. | ) | |

**CERTIFICATION OF SERVICE**

I hereby certify that on March 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Colin S. Bruce colin.bruce@usdoj.gov, soni.holmes@usdoj.gov.

s/Tony L. Brasel

_____

Tony L. Brasel
Attorney for Defendant
201 Park Place, Suite 12
Bourbonnais, IL  60914
Phone:  (815)937-9939
Fax:  (815)937-9965
Reg. No.:  00282960
Email:  tlbrasel@daca.net