RECEIVED E-FILED
Friday, 25 August 2006 09:32:40 AM
Clerk, U.S. District Court, ILCD

AUG 2 3 2006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

August 20, 2006

To whom it may concern,

    I write this letter in regards to Brad Bossert of Dwight. I have known Brad most of my life, and have had the opportunity to observe him in his younger years. Brad has made bad choices in the past, for which he has acknowledged and paid for. Brad is human and we all have done things that we regret. Recently I have observed a major difference in Brad and the way he leads his life. He has been able to maintain a good job, stay clear of alcohol and drugs, and change the people that he associated himself with. I feel Brad has learned what it takes to survive in today's world and is willing to stay focused.

    Being Mayor of the Village of Dwight, I am in constant contact with the police chief and village officers. Chief Tim Henson and I have spoken several time of the change in Brad and his actions. I have been informed of the situation that took place a few years ago and that he could possibly be facing possible fines and jail time. I urge you to look at the changes that Brad has made. I believe he deserves the opportunity to continue to work and prove to himself, his family and the community that he is a changed man.

    Knowing that Brad is a good worker, if the Village of Dwight had an opening in our Public Works Department, I would recommend Brad for the position. In closing, I feel that strong of Brad's integrity and urge you to be passionate in the fate of Brad's future.

Sincerely,

*James L. Mixen*

James L. Mixen

Dwight Village President