E-FILED
Wednesday, 01 November, 2006  04:52:11 PM
Clerk, U.S. District Court, ILCD

*Joel S Patten*

*Dwight, IL 60420*

10/27/2006

05-20058

The Honorable Michael P McCuskey
Chief U.S. District Court Judge
201 S Vine St.
Urbana, IL 61802

Dear Judge McCuskey,

I have known Brad Bossert and his family for 25+ years. The family is a good hard working farm family here in Dwight, IL. Brad helps his father with the farm as well as works as a heavy equipment operator. In my job as Vice President of Bank of Dwight I work with Brad from a loan stand point and he has performed flawlessly with each one of his obligations. More then just a business relationship I have with him I have watched this young man over the last several years pick himself up and turn his life around. The evidence to this in part, is shown in the business relationship the bank has forged with him. Brad has become a useful member of our community as well as a trusted customer of our bank. I would ask you to consider what this man has become.

Sincerely,

Joel S Patten