05 20058

**E-FILED**
Friday, 03 November, 2006 02:49:32 PM
Clerk, U.S. District Court, ILCD
10-30-06

## Columbus Life
### Insurance Company

HOME OFFICE • CINCINNATI, OHIO • WWW.COLUMBUSLIFE.COM

To The Hon. Michael P. McCuskey,

It e have known Brad Bossert for most of his adult life and he has been nothing but pleasant to us. He has done some painting for us, played golf with Ron several times, and I've spent time going to dance recitals & Christmas musicals with him and his parents & daughter.

Family means a lot to him and he has been very helpful to his grandparents who need someone to look after them, and even moved in with them to help with her care. He is a very giving person.

He has a responsible job, and also helps his dad with the farm work. He is very talented fixing up and painting cars & farm machinery.

So, as far as we are concerned, he is a fine young man.

Sincerely,

Rosemary Wilder

Ronald Wilder

**RONALD WILDER**
General Agent
106 East Main Street ◆ Dwight, IL 60420
(815) 584-2255 OFFICE ◆ (815) 584-2259 FAX ◆ (815) 584-3755 HOME

05 20058

# DWIGHT NAPA AUTO SUPPLY
# RAY DIPPON, OWNER-OPERATOR
# 101 S. OLD ROUTE 66
# DWIGHT, IL 60420
# 815-584-1938

October 30, 2006

Honorable Michael P. McCuskey
Chief U.S. District Court Judge
201 South Vine Street
Urbana, IL 61802

Dear Honorable Michael P. McCuskey:

I am a businessman from Dwight, IL.  I own and operate the local Napa Store.   I have known Brad Bossert for 30 years.  I can see that he has taken more responsibility for his life in the last 18 months.  He is a good member of the community.  I see him spending quality time with his little girl.  I do not feel that he is a risk of any kind in this community or any other community.

Sincerely,

*Raymond R Dippon*

Raymond R. Dippon
Dwight Napa Auto Supply

November 1, 2006

Dear Judge McCluskey,

I have been asked to write a letter on behalf of Bradley Bossert who is due to appear in your courtroom this month. As a lifelong friend of the family and someone who has known Brad since his birth, I think I know him pretty well.

Our family and the Bossert Family have spent many holidays together and shared many special events together. Our families went on vacations together, our children played together, and Brad spent a lot time with us. Brad was and still is, willing to help anyone. He has made some bad choices in the past but I feel that he is trying to get his act together and change his life around. Hopefully, by this time in his life, he is able to make better choices. I really don't want to see him go back to prison and feel he would follow the probation rules if you chose to go that route. We all make mistakes and Brad has made more than his share but sometimes he just seemed to be in the wrong place at the wrong time or his choice of friends was not the best. I don't understand why some people learn from their mistakes and other keep making the same ones over and over, but Brad seems to be one of those people who have a hard time learning to say no to people and it gets him into trouble. It is up to you to follow the rules of the law and I respect any decision you make. I do believe in rules and following them so this would be a very difficult decision for me to make. Thank you for taking the time to read my letter.

Respectfully,

*Betty Webster*

Betty Webster

Buckingham, Il. 60917