*05-20058*
**E-FILED**
Monday, 06 November, 2006  04:49:54 PM
Clerk, U.S. District Court, ILCD

November 4, 2006

Honorable Michael P. McCuskey:

    I am writing a letter of character support for Brad Bossert. He is to appear before you on charges of possession of an automatic weapon and no firearms card.

    I have known Brad and his family for 24 years. Brad has always been outgoing, friendly and helpful.

    In the past his friends were the most important part of his life. His record shows the poor choices he made. He was a hard worker, skilled tractor operator, auto body technician. Just not dependable.

    The last several years he has changed his priorities. He is living with his grandparents and assisting them and their needs. He is planning on buying their home when the time comes for them to move to town. He has become involved in his daughter's life. He helps his dad, Bruce on the farm and they restore antique tractors in the off season. He is putting his family first and making good choices. Brad is still a heavy equipment operator. His hobbies are his motorcycle and snowmobile. He is becoming a positive part of the neighborhood and community..

    I hope you will consider his contributions and the people that depend on him when he stands before you for sentencing.

    A brief summary of who I am: University of Illinois grad. 1975
                Dwight Rotary President '86-'87
                President Dwight Harvest Days '90
                Member Dwight Grade School Board '97-'01
                Widowed Single parent, raised a son from 18 months
                Farm operator 1982-present

                Respectfully,
                Edward W. O'Neill

**RECEIVED**

NOV 0 6 2006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

November 1, 2006

The Honorable Michael P. McCusky
Chief U.S. District Court Judge
201 S. Vine Street
Urbana, IL  61802

**RECEIVED**

NOV 0 6 2006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Dear Judge McCusky:

Please accept this letter on behalf of Bradley D. Bossert.  I am Brad's older brother and while I suppose that alone that may raise a red flag in the "highly biased category"; I would like to share a point or two that I feel is worth noting.

As brothers that are a year apart, I do have the advantage of knowing Brad for a very long time. In his past, he has lived outside the law in many instances, made mistakes and not lived up to responsibilities that have had serious repercussions.  It would not be a stretch to say that he has been slow to grow up.  It has been very hard at times to watch this from a distance.  We've talked several times about making changes in life, but the reality is some folks, if they ever get ready to do so, do it on their own timetable and in their own terms.  It can be heart wrenching to watch however.

The good news is that I do believe Brad has grown up significantly.  If I had to explain why, I think having faced some of the consequences of his actions has made him take a harder look at how he has lived.  Incarceration is not an enjoyable experience and I think has learned from it.

I am not a complete expert when it comes to judging character, but I have had a great deal of experience with folks recovering from alcoholism and drug addiction.  I've had to go down that road myself and have been sober for nearly 14 years.  That is a blessing and not an achievement and I say that only to let you know that I have attended more than two thousand AA meetings in that time.  I've also spent countless hours on the phone and in general, talking with struggling men.  Because of that, I do feel qualified to say that I can see sincerity when it exists and I can generally tell when someone isn't making an honest effort.

I really feel Brad has made a great beginning on living a better way of life.  Specifically, he hasn't been drinking for nearly a year and has been regularly attending out-patient classes.  I also know that he been more responsible in his family and work-related affairs.  I think he realizes that doing wrong has its' consequences and he no longer wants any part of that.  For this reason, I would ask that you judge favorably upon him when his current charge is considered.  I appreciate you taking the time to read this and than you for giving this situation your review.

Sincerely,

*R Bart*

Brian A. Bossert