E-FILED
Thursday, 09 November, 2006 11:54:10 AM
Clerk, U.S. District Court, ILCD

Dear Honorable Michael P. McCuskey,

    Hello! My name is Edward R. Mazalin and I run all earth moving operations for the Montana Investments Company. There, it is also my duty to employ and terminate laborers working in said division of company. Bradley Bossert, a man whose court case you will be presiding over, has worked with us for more than one year now and is valued greatly by us as one of our top employees. He is an important part of our "team"…we are a relatively small company that most of the time even during our peak season has only fifteen employees. There, he is a member of the Local 150 Union for operating engineers…one of our only four operating engineers employed by us for the entire season. Because he is one out of our only four operating engineers, we have come to depend on him and his work greatly to maintain a productive work atmosphere. He very promptly shows up to work everyday poised to bring us his very positive attitude regardless of what job we decide put him on that given day. His versatility in this line of work is also vast to say the absolute least. He always helps us out by going the extra mile that it often takes to get things done around here and is constantly looking out for our company…I can not stress that enough to you. At times, I may have up to five jobs running simultaneously so I depend on Bradley greatly and often use him as the example of what a worker should be. At least, he is what our company looks for in a worker. When I am not present, Bradley keeps the ball rolling in the right direction and helps us maintain a sense of accomplishment each and every day on the work site. In short, his name around the halls of our company is synonymous with quality and we rest assured that his work will be done in a timely fashion with exacting attention to detail. I ask that you please consider this when it comes time for Bradley's ruling. Thank-you for your time, effort, and energy…sincerely…

Edward R. Mazalin