# DWIGHT POLICE DEPARTMENT

209 S. Prairie Ave.
Dwight, IL 60420
Non-Emergency 815/584-3132
Fax 815/584-2438

To: Honorable Michael P. McCuskey

From: Chief Tim F. Henson

Ref: Brad Bossert

Date: 11-07-06


Dear Honorable Judge McCuskey:

    I am writing this letter on behalf of Brad Bossert. We all know that Brad has had a troubled past. Although I don't normally write reference letters, I feel compelled to write this letter due to the dramatic turn around I have personally observed in Mr. Bossert. All to often we see a person get themselves into trouble time and time again, however this is not the case with Mr. Bossert. Brad has completed everything the courts has asked him to do and then some.

    Mr. Bossert has truly changed his ways and is a very productive citizen in our community. Brad has done an excellent job with his parental responsibilities. There is nothing that Brad would not do for his daughter. Brad has also counseled other individuals in not making some of the mistakes that he has made. In closing, I feel that Brad Bossert has done an excellent job in turning his life around. Very seldom in our professions, do we ever get to witness such a change. I would ask you to consider the above changes and spare Mr. Bossert of any further incarceration.


Sincerely

*Tim L Henson*

Tim F. Henson
Chief of Police


"Committed to making our community a safer place to live."

7 Nov 2006

Royce McBeath
603 South Union St.
Dwight, IL 60420

Honorable Michael P. McCuskey
Chief U.S. District Court Judge
201 S. Vine Street
Urbana, IL 61802

Subject:  Brad Bossert
          17574 W. 1000 N. Rd
          Reddick, IL

The Honorable Michael P. McCuskey

My name is Royce McBeath; I sell John Deere farm machinery for a living and have done a fair amount of business with the Bossert family. I have known the family for some 30 plus years and Brad most of his adult lift.

I am writing this letter in support of Brad Bossert's next court case. I feel that Brad has changed his way's, in both his social environment and work ethics. To me I feel he has realized that he will need to change his life style.

Please take this letter in support of Brad Bossert's cause.

*Royce McBeath*
Royce McBeath