U.S. Department of Justice

Federal Bureau of Prisons

E-FILED
Thursday, 04 January, 2007 10:16:58 AM
Clerk, U.S. District Court, ILCD

---

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

December 14, 2006

The Honorable Michael P. McCuskey
Chief Judge of the U.S. District Court
  for the Central District of Illinois
309 Federal Building
100 N.E. Monroe Street
Peoria, IL 61601

RECEIVED

DEC 2 6 2006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

**Re:   BOSSERT, Bradley D.**
       Reg. No. 14363-026
       Docket No. 05-20058-01

Dear Chief Judge McCuskey:

   This is in response to the Court's recommendation that Bradley Bossert serve his term of confinement at a minimum security level facility in the Midwest. In addition, the Court recommended he participate in the Residential Drug Abuse Program (RDAP). Mr. Bossert was sentenced in your court to a 12-month and 1-day term for Possession of an Unregistered Machine Gun.

   Unfortunately, we were unable to follow the Court's recommendations. Mr. Bossert has been classified as a low security level offender and is not appropriate for placement at a minimum security level facility. Additionally, based on the limited amount of time he has left to serve on his sentence, Mr. Bossert will not have time to complete the RDAP. Accordingly, Mr. Bossert has been designated to the low security level work-cadre unit at the Metropolitan Correctional Center in Chicago, Illinois. Staff will encourage Mr. Bossert to participate in the variety of substance abuse educational and counseling programs offered there.

   Although we were unable to follow the Court's recommendations in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

                                      Sincerely,

                                      Rebecca Tamez
                                      Chief

jaf
cc: Warden, MCC Chicago