Honorable Michael P. McCuskey
Chief U.S. District Court Judge

RECEIVED
JAN 0 8 2007
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Your Honor,

    I Am Bradley Bossert's Father, Writing Regarding His Case Back In November. For The Past 2 To 3 years, Brad Has Been A Model Citizen In Everyone's Eyes In The Community, As The Many People That Sent You Letters Said. He Spent Some Time In The Taylorville State Prison, And He Told Us When He Got Out That He Was Going To Change His Lifestyle, And Beleive Me He Has.

    This Weapons Charge That He Is Faced With Now, Happened About 2 years Prior To His Stay At Taylorville. It Really Upsets Us To Know That When The 2 Federal Agents Came To His House, Just To Talk To Him, Said Nothing Would Ever Come Of It, Brad Told Them The Truth, Told Them He Had Posessed It,

Never Fired IT, Was Actually Afraid Of IT. Now He Is Facing A Year In Prison, And The Man He Got IT From And The Person Caught With IT In His Posession Are Walking The Streets. When Brad & I Told My Father About The Sentencing, Tears Came To My Dad's Eyes & He Said "They Call This Justice?"

 Brad Has Been On Probation For The Past 2 years Or More, He Has Taken Random Urine Tests, Done Drug & Alcohol Evaluations; His Probation Officers, Class Counselors, ETC. All Give Him An Excellent Rating, Say He Is Doing Great.

 The Day Of The Sentencing I Didn't Quite Understand The "Points" System, Where All His Past Problems Got Added Up. I Thought that Spending Time In Prison Before Should Have Been Pay For Prior Offenses, And Maybe Some Of Those Points Would Be Eliminated?

A Few Months Ago, Brad Purchased The Farm Buildings + House From My Parents, Moved In With Them + Is Helping Take Care Of Them + The Yard. Brad Has Helped Me On The Farm For Years, But The Past 2 Years Has Helped A Lot More, Sometimes Working Until Midnight Or After, Gets Up Again At 4:30 To Go To His Job. His Employment As A Heavy Equipment Operator Is Very Seasonal + Weather Related. If He Has To Miss A Full Season's Work It Will Be A Severe Problem For Everyone Concerned. He Will Not Only Loose A Season's Earnings, He Won't Be Eligable For Unemployment Benifits During His Off Season, Will Loose His Health Insurance, Probably Loose His Home, Who Knows What Else. What Will That Do To A Person Who Has Turned His Life Around The Last Couple Years Like Brad Has?

We Farm A Little Over 2000 Acres, Scattered Almost 25 Miles From One End To The Other, For Brad To Be On "Home Confinement" Would Be A Severe Hardship During The Farming Seasons.

Our Family Has Always Been "Community Minded" My Father Served As Essex Township Supervisor Many Years, Very Active In His Church, Farm Organizations, Etc. I Have Been A Dwight Township Trustee 15 Years, Lions Club 25 Years, President Of Dwight Country Club 20 Years & Our Family Is Active In Church & School Activities.

I Talked To Mary Kay O'Brien The Other Day & She Suggested I Try To Talk To You Regarding Brad's Case. I Probably Should Have Done Something Before This, But She Said It Wouldn't Hurt To Try. She Said There Have Been Cases That Were Closed & Re-Opened. I Don't Know The Legal System, But Maybe We Could Have A Meeting With The Prosecuting Attorney & The Probation Officer.

I'm Not A Very Good Letter Writer, I've Probably Missed Some Points & Included Some I Should Have Left Out, But Basically I Think I Said What I Wanted To And I Hope To Hear Back From You.

I Thank You Very Much For Your Time.

Thanks
Bruce A. Bose