Joel S Patten
123 W Chippewa St.
Dwight, IL 60420

The Honorable Michael P McCuskey  1/5/07
Chief US District Court Judge
US Court House
201 S Vine St.
Urbana, IL  61802

Dear Judge McCuskey,

I'm writing you in regards to Bradley Bossert. I wrote you prior to his sentencing and I wanted to update you in his actions after his sentence was handed down. Brad has since come into the bank and paid off two loans and paid 6 months ahead on one loan to prepare for his incarceration. In all my years as a banker I have never had anyone even remotely take this kind of preventative action to one, take a perceived burden off his parents and two, take care of his responsibilities to the bank. As I conveyed to you in my first letter I'm aware that Brad had a troubled early part of his life, I've known the family for 30 plus years, but I'm equally convinced the man has matured and taken his responsibilities and his life in a proper and just direction. I asked you in my last letter to look at Brad as the man he has become not what he once was; I ask you again to consider this.

Sincerely,

Joel S Patten
Joel S Patten