2:05-cr-20058-MPM-DGB  # 26  Page 1 of 2

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

E-FILED
Friday, 22 June, 2007 03:03:20 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | |
| BRADLEY D. BOSSERT | Case Number: 05-20058-01 |
| | USM Number: 14363-026 |
| | Tony L. Brasel |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 26 U.S.C. §§5841, 5861(d) and 5871 | Possession of Unregistered Machine Gun | 12/31/2002 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/17/2006
Date of Imposition of Judgment

s/ Michael P. McCuskey
Signature of Judge

MICHAEL P. MCCUSKEY    CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

11/22/06
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/ S. Porter
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 11-24-2006

DEFENDANT: BRADLEY D. BOSSERT
CASE NUMBER: 05-20058-01

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

12 months and one day.

☑ The court makes the following recommendations to the Bureau of Prisons:
1. Due to extensive family ties, the Court recommends to the Federal Bureau of Prisons that the defendant be housed in the Midwest for visitation.
2. The Court finds the defendant is an addict and, therefore, recommends to the Federal Bureau of Prisons that the defendant receive intensive and comprehensive drug and alcohol rehabilitation while in the Federal Bureau of Prisons.
3. The Court does not find the defendant to be a risk of flight or a danger to others, thus the Court recommends to the Bureau of Prisons that defendant be housed at a camp or minimum security facility.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☑ before 2 p.m. on 1/12/2007
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant surrendered on 1-12-2107 to MCC at Chicago, IL , with a certified copy of this judgment.

Eric Wilson
Warden

By Patricia Clark
Legal Instruments Examiner